NUMBER 13-08-00339-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

MAYOR PAT AHUMADA, IN HIS 

CAPACITY AS EX-OFFICIO 

PUB BOARD MEMBER, ET AL., Appellants,


v.



EMMANUEL VASQUEZ, INDIVIDUALLY 

AND IN HIS OFFICIAL CAPACITY AS A 

DIRECTOR OF THE BROWNSVILLE PUB, Appellee.

_____________________________________________________________


On appeal from the 103rd District Court of Cameron County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Garza, and Vela


Memorandum Opinion Per Curiam


 Appellant, Mayor Pat Ahumada, in his capacity as ex-officio Pub Board Member,
et.al, perfected an appeal from a judgment rendered against him in favor of appellee,
Emmanuel Vasquez, Individually and in his Official Capacity as a Director of the
Brownsville PUB. On October 3, 2008, the Clerk of this Court notified appellant that the
clerk's record in the above cause was originally due on September 25, 2008, and that the
deputy district clerk, Christina Tusa, had notified this Court that appellant failed to make
arrangements for payment of the clerk's record. The Clerk of this Court notified appellant
of this defect so that steps could be taken to correct the defect, if it could be done. See
Tex. R. App. P. 37.3, 42.3(b),(c). Appellant was advised that, if the defect was not
corrected within ten days from the date of receipt of this notice, the appeal would be
dismissed for want of prosecution. 

 On August 4, 2008 and October 15, 2008, the Clerk of the Court notified appellant
that he was delinquent in remitting a $175.00 filing fee. The Clerk of this Court notified
appellant that the appeal was subject to dismissal if the filing fee was not paid within ten
days from the date of receipt of this letter. See id. 42.3(b),(c). 

 Appellant has failed to failed to respond to this Court's notices and has failed to pay
the filing fee. Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION. 
See Tex. R. App. P. 38.8(a), 42.3(b). All pending motions are likewise dismissed.

 

 PER CURIAM



Memorandum Opinion delivered and filed 

this the 11th day of December, 2008.